# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-17
LT Case No. 16-2010-CF-8255-AXXX

_____

ANTONIO DANDRE KILPATRICK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Jessica J. Yeary, Public Defender, and Justin Karpf, Assistant
Public Defender, Tallahassee, for Appellant.

Ashley Moody Attorney General, and Virginia Chester Harris,
Assistant Attorney General, Tallahassee, for Appellee.

September 5, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____